IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 14-48397 |
| | ) | Chapter 13 |
| **Billie Long** | ) | |
| | ) | |
| | ) | **Notice of Filing** |
| Debtor | ) | **Motion to Impose the Stay** |
| | ) | |
| | ) | **Judge Surratt-States, CR 7 N** |
| | ) | **November 17, 2014 10:00 a.m.** |

## NOTICE OF MOTION TO EXPEDITE HEARING AND IMPOSE THE STAY

**PLEASE TAKE NOTICE**, that a Motion to Impose the Stay with regard to all property in their bankruptcy has been filed in the instant case and will be called for hearing before the Honorable Judge Surratt-States, Thomas Eagleton Building (U.S. Courthouse), 111 South Tenth Street, Courtroom 7 North.

**WARNING:** Any response or objection must be filed with the Court. A Copy may be promptly served upon the undersigned. Failure to file a timely response may result in the Court granting the relief request prior to the hearing date.

/s/ Sean C. Paul
Sean C. Paul,59371MO
8917 Gravois Rd
St. Louis MO 63123
314-827-4027
314-222-0619 FAX
scp@stlbankruptcyfirm.com

## Certificate of Service

The undersigned certifies that a true copy of Debtors' Motion to Impose the Automatic Stay was served via first-class mail, postage prepaid, or by the court's ECF system on November 5, 2014, to all parties on the attached list.

/s/ Sean C. Paul
Sean C. Paul

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 14-48397 |
| | ) | Chapter 13 |
| **Billie Long** | ) | |
| | ) | |
| | ) | **Notice of Filing** |
| Debtor | ) | **Motion to Impose the Stay** |
| | ) | |
| | ) | **Judge Surratt-States, CR 7 N** |
| | ) | **November 17, 2014 10:00 a.m.** |

## MOTION TO EXPEDITE HEARING

COMES NOW, the debtor, Billie Long, and presents this motion to expedite the hearing, and in support thereof, states:

1. Debtor has had three cases pending in the last 12 months.
2. Debtor has no stay in this case and must have a hearing on her Motion to Impose the Stay within 30 days of the case filing.
3. As such, this is an emergency situation and a Motion to Expedite the Hearing should be granted.

Wherefore, Debtor prays this court enter an order granting the Motion to Expedite the hearing on the Motion to Impose the Stay.


/s/ Sean C. Paul
Sean C. Paul,59371MO
8917 Gravois Rd
St. Louis MO 63123
314-827-4027
314-222-0619 FAX
scp@stlbankruptcyfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** ) | Case No. 14-48397 |
| ) | Chapter 13 |
| **Billie Long** ) | |
| ) | |
| ) | Notice of Filing |
| **Debtor** ) | Motion to Impose the Stay |
| ) | |
| ) | Judge Surratt-States, CR 7 N |
| ) | November 17, 2014 10:00 a.m. |

## MOTION TO IMPOSE THE BANKRUPTCY STAY

    **COMES NOW,** the above Debtor, and present this Motion to Impose the Automatic Stay:

1. Debtor filed the above captioned case in good faith on October 24 2014.
2. Debtor had two prior case pending in the last 12 months: case 13-41580 and case 14-45943, both of which were dismissed for debtor's failure to make plan payments.
3. Pursuant to 11 U.S.C. 362(c)(4), the debtor does not have an Automatic Stay, but "if, within 30 days after the filing of the later case, a party in interest requests the court may order the stay to take effect in the case as to any or all creditors…after notice and a hearing, only if the party in interest demonstrates that the filing of the later case is in good faith as to the creditors to be stayed."
4. Debtor has had a significant change in circumstances and can show that her financial affairs have changed such that the current case is not filed in bad faith:
    a. The prior case provided for retaining and paying for a financed vehicle through the plan;
    b. On the eve of debtor's prior bankruptcy filing the car was repossessed;
    c. Debtor was unable to pay for the storage costs required to get her vehicle out;
    d. Although debtor tried to make arrangements to get to work, she was put in a major financial hardship due to not having a vehicle;
    e. As such, the prior case failed;
    f. Debtor has secured financing for a new vehicle, and, although she has not purchased it, she has adequate transportation to work, and a reduced plan payment in the present case in anticipation of filing a motion to incur debt.

    **WHEREFORE,** Debtor respectfully prays that this court enter an order imposing the stay to the conclusion of the case.

/s/ Sean C. Paul
Sean C. Paul, 59371MO
8917 Gravois Rd
St. Louis MO 63123
314-827-4027
314-222-0619 FAX
scp@stlbankruptcyfirm.com

```
Label Matrix for local noticing          (p)AAA CHECKMATE LLC                 Ace Cash Express
0865-4                                    7647 W 63RD ST                       3655 S. Grand Blvd.
Case 14-48397                             SUMMIT IL 60501-1811                 Saint Louis, MO 63118-3430
Eastern District of Missouri
St. Louis
Thu Oct 30 12:33:16 CDT 2014

Advance America Cash Advance              Advance Credit                       Advance Me Today
3861 Lemay Ferry Rd.                      3723 Gravois Ave.                    PO Box 1124-1007
Saint Louis, MO 63125-4535                Saint Louis, MO 63116-4667           San Jose, Costa Rica 10102


America Web Loan                          Ameriloan                            BANK OF AMERICA
522 N 14th St.                            3531 P Street NW                     PO BOX 84006
PO Box 130                                PO Box 111                           COLUMBUS, GA 31908-4006
Ponca City, OK 74601-4654                 Miami, OK 74355-0111


BARCLAYS BANK DELAWARE                    Brothers Loan & Finance Co           Brothers Loan & Finance Co
125 S WEST ST                             327 Missouri Ave. Ste. 504           7621 West 63rd St.
WILMINGTON, DE 19801-5014                 East Saint Louis, IL 62201-3088      PO Box 396
                                                                               Summit Argo, IL 60501-0396


(p)CAPITAL ONE                            (p)CASHCALL INC                      CCS/CORTRUST BANK
PO BOX 30285                              1 CITY BOULEVARD WEST                500 E 60TH ST N
SALT LAKE CITY UT 84130-0285              SUITE 1000                           SIOUX FALLS, SD 57104-0478
                                          ORANGE CA 92868-3611


CHASE                                     CREDIT ONE BANK                      Cash Jar
P.O. BOX 15298                            PO BOX 98875                         PO Box 025250
WILMINGTON, DE 19850-5298                 LAS VEGAS, NV 89193-8875             Miami, FL 33102-5250


Classic Group                             Collector of Revenue                 Commerce Bank
PO Box 411056                             1200 Market St #410                  1000 Walnut
Kansas City, MO 64141-1056                Saint Louis, MO 63103-2841           PO Box 419248
                                                                               Kansas City, MO 64141-6248


ELECTRO CU                                HORIZON CARD                         HSBC BANK
1805 CRAIGSHIRE DR                        1707 WARREN RD                       PO BOX 5253
ST LOUIS, MO 63146-4019                   INDIANA, PA 15701-2423               CAROL STREAM, IL 60197-5253


IRS                                       KOHLS/CAPONE                         King of Kash
PO Box 7346                               N56 W 17000 RIDGEWOOD DR             8304 Wornall Rd.
Philadelphia, PA 19101-7346               MENOMONEE FALLS, WI 53051-7096       Kansas City, MO 64114-5810


LVNV FUNDING LLC                          METABNK/FHUT                         MISSOURI PAYDAY LOANS
PO BOX 740281                             6250 RIDGEWOOD ROA                   3715B S KINGSHIGHWAY BLV
HOUSTON, TX 77274-0281                    SAINT CLOUD, MN 56303-0820           SAINT LOUIS, MO 63109
```

| | | |
|---|---|---|
| Missouri Department of Revenue<br>P.O. Box 475<br>Jefferson City, MO 65105-0475 | Missouri Payday Loan<br>3717 S. Kingshighway Blvd.<br>Saint Louis, MO 63109-1803 | Money Loans Quick<br>382 NE 191st St, Suite 67786<br>Miami, FL 33179-3899 |
| OAK HARBOR CAPITAL VII, LLC<br>C O WEINSTEIN, PINSON, AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Office of US Trustee<br>111 S Tenth St, Ste 6.353<br>St. Louis, MO 63102-1127 | Pay Day Max<br>207-1425 Marine Dr.<br>W. Vancouver, BC, Canada<br>V7T1B9 |
| Pay Day Max<br>23-845 Dakota St<br>3212 Winnepeg, Manitoba, Canada<br>R2M5M3 | (p)PLANET CASH JC MANAGEMENT LLC<br>PO BOX 220309<br>ST LOUIS MO 63122-0309 | Progressive Financial<br>11629 South 700 East Ste. 250<br>Draper, UT 84020-8399 |
| Quik Cash<br>2615 Gravois Ave.<br>Saint Louis, MO 63118-1502 | Riverbend Cash<br>3201 Summerhill Road<br>Texarkana, TX 75503-3967 | SALLIE MAE<br>PO BOX 9500<br>WILKES BARRE, PA 18773-9500 |
| (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | United Cash Loans<br>3531 Northwest P Street<br>PO Box 111<br>Miami, OK 74355-0111 | WEBBNK/FHUT<br>6250 RIDGEWOOD ROA<br>SAINT CLOUD, MN 56303-0820 |
| Billie R. Long<br>3627 Dunnica Ave<br>St Louis, MO 63116-4901 | John V. LaBarge Jr<br>Chapter 13 Trustee<br>P.O. Box 430908<br>St. Louis, MO 63143-0908 | Sean C. Paul<br>The Law Offices of Sean C. Paul, PC<br>8917 Gravois Rd<br>2nd Floor<br>St. Louis, MO 63123-4623 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AAA Checkmate<br>327 Missouri Ave. Ste. 412<br>East Saint Louis, IL 62201 | (d)AAA Checkmate<br>7647 West 63rd St.<br>Summit Argo, IL 60501 | CAP ONE<br>PO BOX 85520<br>RICHMOND, VA 23285 |
| CASHCALL INC<br>1600 S DOUGLASS RD<br>ANAHEIM, CA 92806 | Planet Cash<br>3823 S. Kingshighway Blvd.<br>Saint Louis, MO 63109 | SPRINGLEAF FINANCIAL S<br>4600 CHIPPEWA ST STE P<br>SAINT LOUIS, MO 63116 |

End of Label Matrix
Mailable recipients    47
Bypassed recipients     0
Total                  47