UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 14-48397-659 |
| | ) | |
| BILLIE R LONG | ) | Chapter 13 |
| | ) | |
| | ) | |
| Debtor | ) | |

## TRUSTEE'S RESPONSE TO MOTION TO IMPOSE STAY

Comes now John V. LaBarge, Jr., Standing Chapter 13 Trustee, and states as follows:

Schedules I and J show only $247 per month available to a plan payment, but the proposed payment is $315 per month. Debtor has not demonstrated that her change in circumstance is sufficient to allow her to make the plan payments in the current case.

Dated: November 06, 2014
RSPGEN--DSD

/s/ John V. LaBarge, Jr.
John V. LaBarge, Jr.
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of November 06, 2014.

/s/ John V. LaBarge, Jr.
John V. LaBarge, Jr.

BILLIE R LONG
3627 DUNNICA AVE
SAINT LOUIS, MO  63116

LAW OFFICES OF SEAN C PAUL
8917 GRAVOIS RD
ST LOUIS, MO  63123